AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO AT&T ENTERPRISES, LLC | Civil Action No. 25mc28 |

)
)
)
)
)
)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: AT&T Enterprises, LLC, AT&T Subpoena Center,
208 S. Akard St., Room 2100.02
Dallas, TX 75202

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    SEE ATTACHMENT A

| Place: Michael T. Voorhees 6320 Camino Alto RD NW Albuquerque, NM 87120 | Date and Time: October 9, 2025 at 3:00 p.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/1/2025

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Michael T. Voorhees
_____ , who issues or requests this subpoena, are:

Michael T. Voorhees (pro se), 6320 Camino Alto RD NW, Albuquerque, NM 87120, mike@cyonic.com, (505) 453-3573

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## ATTACHMENT A

## DOCUMENTS TO BE PRODUCED UNDER SUBPOENA

1. All identifying information for any persons or entities acting as subscribers to or users associated with the following IP address during the dates and times provided:

   IP Address 2600:387:f:4c13::2
   Time 2023-07-26 23:39:44 UTC

   IP Address 2600:387:f:4c13::2
   Time 2023-07-26 23:47:44 UTC

   Any such identifying information known or stored by AT&T Enterprises, LLC. or its affiliates, including but not limited to any information provided prior to and/or during the process of utilizing the above IP addresses which establish the name(s), address(es), telephone number(s), email address(es), other IP address(es) used by such subscriber and/or account holder, any MAC address(es) for devices connected to such IP addresses, any recorded geographic or geolocation data with related date and time information corresponding to or concurrent with the above IP addresses, and the method used to access the account, including whether via browser or app and any identifying information as to the specific type, brand, and model of computing device (i.e. laptop, tablet, smart phone, etc...) and whether biometric means were used during the process of logging onto such website or app.

2. Any other identifying information known by AT&T Enterprises, LLC., or its affiliates, contractors, or partners, including "cookies" or other stored data, or other uniquely identifying account number(s), including financial payment methods, that could aid in establishing the identity of the alleged infringer or infringers pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h).

**REQUEST TO CLERK OF US DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
FOR SUBPOENA UNDER 17 U.S.C. § 512(h)(1)**

1    Petitioner Michael T. Voorhees (pro se) hereby requests that the

2  Clerk of this Court issue a subpoena on AT&T Enterprises, LLC. (AT&T)

3  to identify an alleged infringer or infringers, pursuant to the Digital

4  Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA

5  Subpoena").

6    The DMCA Subpoena is directed to AT&T, the service provider of

7  an IP Address (2600:387:f:4c13::2) used to access and upload data to a

8  "cloned" Facebook account and profile, created and maintained by the

9  infringing party or parties, as part of a scheme to impersonate the

10  Petitioner, unlawfully using this Petitioner's name and photographic

11  likeness without authorization, and to post infringing content and other

12  information over the Facebook social media service.  This IP Address and

13  associated times and dates were provided by Meta Platforms, Inc. in

14  response to the earlier DMCA SECTION 512(h) SUBPOENA issued by

15  the Clerk of this Court on 4/16/2024. The employment of a false identity

16  is prima facie evidence that the infringer or infringers are attempting to

17  conceal their real identity or identities, thus necessitating this subsequent

1   Subpoena to unmask the identity of the infringing party or parties

2   associated with the above IP address.

3       Petitioner has satisfied the requirements for issuance of a subpoena

4   pursuant to 17 U.S.C. § 512(h), namely:

5       (1) Petitioner has submitted concurrently herewith a copy of the

6           notification required by 17 U.S.C. § 512(c)(3)(A) as Exhibit A;

7       (2) Petitioner has submitted concurrently herewith the proposed

8           DMCA Subpoena as Exhibit B; and

9       (3) Petitioner has submitted concurrently herewith a sworn

10          declaration confirming that the purpose for which the subpoena

11          is sought is to obtain the identity of an alleged infringer and

12          that such information will only be used for the purpose of

13          protecting Petitioner's rights under Title 17 U.S.C. § 512(h) as

14          Exhibit C.

15  Accordingly, I ask that the Clerk pursuant to 17 U.S.C. § 512(h)(4) to

16  expeditiously issue and sign the proposed subpoena.

17                          Sincerely,

18                          _____

19                          Michael T. Voorhees

20

## EXHIBIT A

COPY OF SUBSECTION (c)(3)(A)
NOTIFICATION OF CLAIMED INFRINGEMENT

The below text is from the email thread whereby Meta acknowledged receipt of Notice via their Copyright Report Form

From: Facebook case++aazq23znpjghzw@support.facebook.com
Subject: Copyright Report Form

Date: March 11, 2024 at 12:50 PM To: mike@cyonic.com

Hi,

Thanks for contacting us. It appears that the reported content has already been removed from Facebook, which we understand to resolve this report.

If you'd like to report something else, please fill out this form: https://www.facebook.com/help/contact/634636770043106?ref=cr

If you have any additional questions, please visit the Intellectual Property section of the Help Center: https://www.facebook.com/help/intellectual_property?ref=cr

Thanks, Facebook


On Mon Mar 11, 2024 11:26:21, Mike T. Voorhees wrote: Please find attached the annotated screen shots from the Fake Facebook profile page, showing the unauthorized use of my actual prior profile photo (circled and annotated in red) as well as the image of a post entitled housing backward (also circled in red) that had been created by me and posted to my real Facebook page. Not shown is the cover photo used by the Fake Facebook profile page (which was taken down before I was able to take a screen shot), which is the ballooning photo I took from my hot air balloon and which I use as the cover photo for my actual current Facebook profile page. All three of the of

the copyrighted images, in addition to being used without my permission, were used in furtherance of multiple crimes, including identity theft, defamation, wire fraud, and potentially deprivation of rights under color of law, depending upon who was involved in the creation of this Fake Facebook account. I once again assert that the content of the fake posts is horrendous hate speech which I condemn in the most strenuous terms.

To understand the extent of actual harm caused by this Facebook account, it will be necessary to see a list of each account that was served this data, when it occurred, and what was viewed.

The cooperation by Meta in gathering and releasing all such information and assisting in the ascertaining of who was involved in creating and maintaining this fake account in furtherance of the above crimes is expected.

Sincerely,

Michael T. Voorhees

On Mar 8, 2024, at 4:07 PM, Facebook <case+ +aazq23znpjghzw@support.facebook.com> wrote: Hi,

Thanks for contacting us. It looks like you provided a link to an entire Page, group or profile. We've reviewed your report, and it's not clear that the entire Page, group or profile infringes your copyright.

So that we can better understand your report, please provide the following:

- An example of your copyrighted work, such as a link (URL) to a publicly available version of your copyrighted work. If you cannot provide an example of your copyrighted work, please provide us with a description of your copyrighted work. Attaching an example of your work may also be helpful.
- A link(s) (URL) leading directly to the specific photo,

video, or other content you're reporting on the platform. If a link isn't available, please provide a detailed description of where it appears on Facebook, including the name of the person who posted it and the time they posted it. Attaching a screenshot may also be helpful. To learn how to get a URL to a photo or video on Facebook, please visit the Help Center:

https://www.facebook.com/help/2053403608222571? ref=CR
- An explanation of how you believe the reported content is infringing your copyright(s). Once we've received this additional information, we'll continue to look into your report. Thanks,
Facebook

> On Fri Mar 8, 2024 11:41:42, original message wrote:
> The Facebook Team received a report from you. For reference, your complaint number is 354858037539651.
>
> As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.
> Thanks for contacting Facebook,
> The Facebook Team
> --------------------------
> Describe your relationship to the rights owner. : I am the rights owner.
> Your full name : Mike T. Voorhees
> Mailing address : 6320 Camino Alto NW
> Albuquerque, NM 87120
> Email address : mike@cyonic.com
> Confirm your email address : mike@cyonic.com
> Where are you asserting rights? : United States
> Which of these best describes the copyrighted

work? : Photo
Name of the rights owner : Michael Todd Voorhees
What type of content are you reporting? : Photo, video or post
Please provide links (URLs) to the copyrighted work or describe it in the box below. : https://www.facebook.com/photo/?fbid=10219961953065442&set=a.1357734389675
https://www.facebook.com/photo/?fbid=10205227347789519&set=a.2503786400259
Please provide links (URLs) leading directly to the specific content you are reporting. : https://www.facebook.com/profile.php?id=100095100767297&mibextid=kFxxJD
Describe why you are reporting this content. : This content copies my work
Please provide any additional information that can help us understand your report. : This profile not only violated my copyrights, it was a fraudulent and defamatory account attempting to impersonate me as part of a scheme committing wire fraud and civil rights crimes. The creator(s) of the profile and its posts violated Facebook terms of service and enjoys no privacy protection. I am requesting all related information on this account, including names, urls, and any identifying information on the creation and posting to this account. I am also requesting Facebook to provide information as to how many other accounts (and which account specifically and on what dates and times) were either served information suggesting the fake account as a possible friend or acquaintance, or served posts as part of searches that may have included hashtags from the posts in the fake account, over the entire 8 months that such content was online. I am requesting that Facebook preserve all data associated with the account for possible legal proceedings and criminal investigations.

Merely taking down this post does not close this matter. Participation in concealing the identity of individuals involved in this unlawful account may incur criminal and civil culpability.
Electronic signature : Michael Todd Voorhees

**Exhibit B**

**PROPOSED DMCA SUBPOENA**

# EXHIBIT C
## SWORN DECLARATION OF MICHAEL T. VOORHEES
## UNDER TITLE 17 U.S.C. § 512(h)(2)(C)

I, Michael T. Voorhees, declare and testify as follows:

(1)    I am seeking a subpoena under Title 17 U.S.C. § 512(h) to identify the person or persons who infringed copyrighted material via a Facebook account and profile associated with the following account information:

https:// www.facebook.com/profile.php? id=100095100767297&mibextid=kFxxJD

(2)    I swear that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting my rights under Title 17 U.S.C. § 512(h).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 15, 2024.

Michael T. Voorhees

State of New Mexico
County of _Bernalillo_
Subscribed and sworn (or affirmed) before me on this _15th_ day
of _April_ . _2024_ by _Michael T. Voorhees_

Notary Public

(seal)
My commission expires: _10/05/2027_

STATE OF NEW MEXICO
NOTARY PUBLIC
Miquela Sanchez
Commission No. 1095923
Expires: October 05, 2027